**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF VIRGINIA

Case number *(if known)* _____   Chapter __7__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **B&B Corporate Rentals, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-2801307** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **525 K East Market Street, Suite 214**<br>**Leesburg, VA 20176**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Loudoun**<br>County | **Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **B&B Corporate Rentals, LLC**                                  Case number (*if known*) _____
_____
Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☐ No.
☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |

6/11/24 11:33PM

| Debtor | **B&B Corporate Rentals, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **B&B Corporate Rentals, LLC**                                   Case number (*if known*)
         Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor   **B&B Corporate Rentals, LLC**                                        Case number (*if known*) _____
_____
Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 11, 2024**
              MM / DD / YYYY

**X** **/s/ Boyd Berbick**                                          **Boyd Berbick**
_____          _____
Signature of authorized representative of debtor          Printed name

Title   **Managing Member**
       _____

**18. Signature of attorney**

**X** **/s/ Richard G. Hall Esq.**                          Date   **June 11, 2024**
_____                 _____
Signature of attorney for debtor                               MM / DD / YYYY

**Richard G. Hall Esq.**
_____
Printed name

**Richard G. Hall**
_____
Firm name

**601 King Street**
**Suite 301**
**Alexandria, VA 22314**
_____
Number, Street, City, State & ZIP Code

Contact phone   **703-256-7159**        Email address   **Richard.Hall33@verizon.net**

**18076 VA**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **B&B Corporate Rentals, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 11, 2024**          X **/s/ Boyd Berbick**
                                              Signature of individual signing on behalf of debtor

                                          **Boyd Berbick**
                                          Printed name

                                          **Managing Member**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **B&B Corporate Rentals, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................    $ _____0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................................................    $ _____153,358.80

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................................    $ _____153,358.80

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ _____80,000.00

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $ _____141,000.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$ _____1,463,085.03

4.    Total liabilities .................................................................................................................
    Lines 2 + 3a + 3b                                                                                    $ _____1,684,085.03

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name     **B&B Corporate Rentals, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Chase Bank** | **Checking** | **2665** | $827.80 |
| 3.2. | **Chase Bank** | **Savings** | **3255** | $698.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                                         | $1,525.80 |
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| 7.1. | **Security deposit held for Jessica Sugara** | $5,400.00 |
| --- | --- | --- |

Debtor    **B&B Corporate Rentals, LLC**                                          Case number *(If known)* _____
_____
Name

| | | |
|---|---|---|
| 7.2. | **Security deposit held for Michael Vigil** | $3,950.00 |
| 7.3. | **Security deposit held for Victor Duarte** | $3,000.00 |
| 7.4. | **Security deposit for Jeffrey Donaldson** | $3,000.00 |
| 7.5. | **Security deposit held for April Roderick** | $3,250.00 |
| 7.6. | **Security deposit held for Sandra Page** | $4,500.00 |
| 7.7. | **Security deposit held for Robin Otto** | $6,000.00 |
| 7.8. | **Security deposit held for Nemia Bandayrel** | $13,000.00 |
| 7.9. | **Security deposit held for Fides Pacia** | $4,000.00 |
| 7.10. | **Security deposit held for Natesha Kodancha** | $10,000.00 |
| 7.11. | **Security deposit held for Adetunji Fayomi** | $6,300.00 |
| 7.12. | **Security deposit held for Chris Backman** | $4,000.00 |
| 7.13. | **Secuirty deposit held for Sergey Vinnichenko** | $5,000.00 |
| 7.14. | **Security deposit held for Jessica Carillo** | $3,000.00 |
| 7.15. | **Security deposit held for J Bohac** | $5,000.00 |

| Debtor | **B&B Corporate Rentals, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 7.16. | **Security deposit held for Ernistine Wiggins** | **$3,000.00** |
|---|---|---|

| 7.17. | **Security deposit held for Edouard Kanika** | **$3,000.00** |
|---|---|---|

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.     **Total of Part 2.**                                                                      **$85,400.00**
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

| Debtor | **B&B Corporate Rentals, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. | **2022 Cadillac Escalade with 1,7634 miles** | **Unknown** | | **$66,433.00** |
|---|---|---|---|---|

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

    $66,433.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

    ■ No
    ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** www. | **Unknown** | | **Unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** B&B Corporate Rentals LLC | **Unknown** | | **Unknown** |

| Debtor | **B&B Corporate Rentals, LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

**66.**   **Total of Part 10.**

     Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$0.00** |

**67.**   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

    ■ No
    ☐ Yes

**68.**   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ■ No
    ☐ Yes

**69.**   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    **B&B Corporate Rentals, LLC**                                    Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,525.80 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $85,400.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $66,433.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $153,358.80 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $153,358.80 |

**Fill in this information to identify the case:**

Debtor name    **B&B Corporate Rentals, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **GM Financial** | | | |
|---|---|---|---|---|

| | Creditor's Name | Describe debtor's property that is subject to a lien<br>**2022 Cadillac Escalade with 1,7634 miles** | **$80,000.00** | **$66,433.00** |
|---|---|---|---|---|

**PO Box 18593**
**Arlington, TX 76096**

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$80,000.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name        **B&B Corporate Rentals, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
   amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 806532**<br>**Cincinnati, OH 45280-6532** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Total claim<br>**$141,000.00** | Priority amount<br>**$141,000.00** |
|---|---|---|---|---|

| | Date or dates debt was incurred<br>**2012, 2013, 2018, 2020** | Basis for the claim:<br>**Taxes** |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|---|

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**Adetunji Fayomi**<br>**93 Sierra Drive**<br>**Pittsburgh, PA 15239**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Refund to tenant**<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,300.00** |
|---|---|---|---|

| 3.2 | Nonpriority creditor's name and mailing address<br>**Air DNA**<br>**1321 15th Street**<br>**Denver, CO 80202**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Subscription fee**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,080.00** |
|---|---|---|---|

| Debtor | **B&B Corporate Rentals, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$42,000.00** |
|---|---|---|---|

**AJM Development LLC**
**c/o Chesapeak Law Group PLC**
**9300 W Courthouse Rd, Ste 303**
**Manassas, VA 20110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Judgment for Rent**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,770.00** |
|---|---|---|---|

**American Coradius Internationa**
**2420 Sweet Home Road**
**Suite 150**
**Buffalo, NY 14228**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Chargeback**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,640.00** |
|---|---|---|---|

**Amy Dai Yimin**
**1 Blue Dun Court**
**Sacramento, CA 95831-4308**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Rent**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,225.00** |
|---|---|---|---|

**Ann Cherepov**
**450 Schemmel Lane**
**Silverton, OR 97381**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Rent**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,641.00** |
|---|---|---|---|

**Audrey Vincenzi**
**726 Oak Drive**
**Jefferson, WI 53549**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Rent**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$700.00** |
|---|---|---|---|

**Avista Utilities**
**PO Box 3727**
**Spokane, WA 99220**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Utility bill**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|

**Bank of America**
**PO Box 66441**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Credit Card**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **B&B Corporate Rentals, LLC**                                      Case number (if known) _____
Name

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|------|------|------|------|

**Bank of America**
PO Box 66441
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __Credit Card__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120,000.00 |
|------|------|------|------|

**Brook Furniture**
400 S. Freemont Street
Matthews, NC 28105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __Furniture Rental__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $841.00 |
|------|------|------|------|

**Caine & Weiner**
12005 Ford Road
Suite 300
Dallas, TX 75234

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __Insurance bill__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,000.00 |
|------|------|------|------|

**CBIP Vacations LLC**
1819 S. Kihei Road #D108
Kihei, HI 96753

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __Rent__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|------|------|------|------|

**Chesapeak Bay Leasing**
6110 Ridgeview Avenue
Baltimore, MD 21206

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __Rent__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|------|------|------|------|

**Ciara T. O'Brien**
8 Sunset Lane
Hingham, MA 02043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __Refund to tenant__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,000.00 |
|------|------|------|------|

**City View Apartments**
1420 Centre Avenue
Pittsburgh, PA 15219

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __Rent__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **B&B Corporate Rentals, LLC** | Case number (if known) | |
|--------|-------------------------------|------------------------|--|
| | Name | | |

---

**3.17**    Nonpriority creditor's name and mailing address

**Columbia Debt Recovery LLC**
**d/b/a Genesis**
**PO Box 3630**
**Everett, WA 98213-8630**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$6,627.03**

---

**3.18**    Nonpriority creditor's name and mailing address

**Cort Furniture**
**9900 Princeton Glendale Road**
**Suite 109**
**Cincinnati, OH 45246**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Furniture Rental**

Is the claim subject to offset? ■ No ☐ Yes

**$40,000.00**

---

**3.19**    Nonpriority creditor's name and mailing address

**Cotel**
**5090 RFichmond Avenue**
**Suite 498**
**Houston, TX 77056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Refund to client**

Is the claim subject to offset? ■ No ☐ Yes

**$12,000.00**

---

**3.20**    Nonpriority creditor's name and mailing address

**Dorothy Pettigrew**
**PO Box 310035**
**Houston, TX 77231**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Refund to Tenant**

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.21**    Nonpriority creditor's name and mailing address

**Ernestine Wiggins**
**3420 Er Street**
**Tacoma, WA 98404**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Refund to tenant**

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

**3.22**    Nonpriority creditor's name and mailing address

**Fides Pacia**
**223 Cheney Street**
**San Francisco, CA 94131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Refund to tenant**

Is the claim subject to offset? ■ No ☐ Yes

**$4,000.00**

---

**3.23**    Nonpriority creditor's name and mailing address

**FMZ Investments LLC**
**390 East Washington Avenue**
**Sunnyvale, CA 94086**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$3,175.00**

---

| Debtor | **B&B Corporate Rentals, LLC** | | Case number (*if known*) | |
| | Name | | | |

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,200.00**

Frank Veneroso
53 Austin Street
Portsmouth, NH 03801

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Judgment for rent__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$411,000.00**

Fundamental Capital (Gonexi)
20803 Biscayne Blvd, Suite 300
Miami, FL 33180

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Merchant Cash Advance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,000.00**

Greystar
PO Box 2706
Lynnwood, WA 98036

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Rent__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,850.00**

Harjeet Singh Tiwana
5323 W Garfland Avenue
Fresno, CA 93722

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Rent__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$140,000.00**

Hello Lending
17 20th Street North
Suite 315
Birmingham, AL 35203

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Rent__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$486.29**

I.C. System Inc
PO Box 64378
Saint Paul, MN 55164

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Utility bill__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,954.00**

Jessica Carillo
11 Rio Viale Court
Sacramento, CA 95831

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Rent__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **B&B Corporate Rentals, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,000.00**

**Jett Funding**
**42 West Street**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchant Cash Advance**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00**

**Jinny Yang**
**10810 N. Tatum Blvd**
**#102-222**
**Phoenix, AZ 85028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Refund to tenant**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00**

**Joseph Manuel**
**8345 NW 66th Street #8758**
**Miami, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,785.00**

**Keystone Real Estate Services**
**8848 N. State Road 59**
**Milton, WI 53563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,975.00**

**Marco A. Marquina**
**47767 Scotsborough Square**
**Sterling, VA 20165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Refund to tenant**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00**

**Mark A. Thiel**
**3439 Brookside Road**
**Stockton, CA 95219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Property damages**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00**

**Marty McBride**
**5116 Herman Avenue**
**Cleveland, OH 44102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **B&B Corporate Rentals, LLC** | Case number (if known) | |
| | Name | | |

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,900.00** |
| | Mary Ruddy | ☐ Contingent | |
| | 17676 Eclipse Street | ☐ Unliquidated | |
| | Broomfield, CO 80023 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Rent__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,400.00** |
| | Molly McBride | ☐ Contingent | |
| | 735 Hunt Club Way | ☐ Unliquidated | |
| | Avon Lake, OH 44012 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Rent__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,200.00** |
| | My Peaceful Stay | ☐ Contingent | |
| | 1271 Holly Street NW | ☐ Unliquidated | |
| | Atlanta, GA 30318 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Rent__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,530.00** |
| | Natalie Razumouski | ☐ Contingent | |
| | 1045 Manorwood Court | ☐ Unliquidated | |
| | Atlanta, GA 30328 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Rent__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,000.00** |
| | Natesha Kodancha | ☐ Contingent | |
| | 4723 Alminar Avenue | ☐ Unliquidated | |
| | Altadena, CA 91001 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Refund to tenant__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$14,099.28** |
| | NCS | ☐ Contingent | |
| | 6644 Valjean Avenue | ☐ Unliquidated | |
| | Suite 100 | ☐ Disputed | |
| | Van Nuys, CA 91406 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Outstanding Security Deposit__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,668.49** |
| | NCS | ☐ Contingent | |
| | 6644 Valjean Avenue | ☐ Unliquidated | |
| | Suite 100 | ☐ Disputed | |
| | Van Nuys, CA 91406 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Outstanding Security Deposit__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **B&B Corporate Rentals, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,967.95 |
|---|---|---|---|
| | NCS<br>6644 Valjean Avenue<br>Suite 100<br>Van Nuys, CA 91406 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Outstanding Security Deposit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,462.84 |
|---|---|---|---|
| | NCS<br>6644 Valjean Avenue<br>Suite 100<br>Van Nuys, CA 91406 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Outstanding Security Deposit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|
| | Nima Sassouria<br>6240 Whisett Avenue<br>Apt 201<br>North Hollywood, CA 91606 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Rent** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,000.00 |
|---|---|---|---|
| | Novus Capital Funding II LLC<br>7 Elmwood Drive, Suite 301<br>New City, NY 10956 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Merchant Cash Advance** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $264.45 |
|---|---|---|---|
| | Penn Credit Corporation<br>2800 Commerce Drive<br>Harrisburg, PA 17110 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Utility bill** | |
| | Last 4 digits of account number  **6737** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,000.00 |
|---|---|---|---|
| | Preferred Corporate Housing<br>9119 Katy Freeway<br>Houston, TX 77024 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Rent** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,000.00 |
|---|---|---|---|
| | Quickbooks<br>250 E. Eagles Gate Drive<br>Eagle, ID 83616 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Chargeback** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **B&B Corporate Rentals, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |
|---|---|---|---|

**Rapid Finance**
**4500 East West Highway**
**6th Floor**
**Bethesda, MD 20814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchant Cash Advance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,400.00** |
|---|---|---|---|

**Remax of Pueblo**
**511 West 29th Street**
**Suite A**
**Pueblo, CO 81008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,300.00** |
|---|---|---|---|

**Rent Recovery Solution LLC**
**1945 The Exchange SE**
**Suite 120**
**Atlanta, GA 30339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,000.00** |
|---|---|---|---|

**Robert Wood & Jessica Wood**
**3312 E G Street, Apt A**
**Tacoma, WA 98404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Break lease fee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00** |
|---|---|---|---|

**Serva**
**One Parkview Plaza Oakbrook Te**
**Villa Park, IL 60181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Prepaid rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,200.00** |
|---|---|---|---|

**Sukhjit Singh**
**1223 Hermosa Drive**
**Troy, OH 45373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,650.00** |
|---|---|---|---|

**Sunny Taleb**
**2242 Morgan Lane**
**Dunn Loring, VA 22027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **B&B Corporate Rentals, LLC** | Case number (if known) |
|--------|-------------------------------|------------------------|
| | Name | |

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$75,000.00** |
|------|------|------|------|
| | **THD**<br>**3308 Preston Road**<br>**Suite 350-341**<br>**Plano, TX 75093** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Vendor__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$14,000.00** |
|------|------|------|------|
| | **Toro**<br>**5965 South 900 East**<br>**Suite 300**<br>**Salt Lake City, UT 84121** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Merchant Cash Advance__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,000.00** |
|------|------|------|------|
| | **TPS Housing**<br>**10810 N. Tatum Blvd**<br>**#102-222**<br>**Phoenix, AZ 85028** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Rent__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,200.00** |
|------|------|------|------|
| | **Vanket Pentyla**<br>**21607 SE 2nd Place**<br>**Sammamish, WA 98074** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Rent__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,762.70** |
|------|------|------|------|
| | **Weiner Real Estate**<br>**4100 Monroeville Blvd**<br>**Monroeville, PA 15146** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Rent__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,000.00** |
|------|------|------|------|
| | **Wells Fargo**<br>**PO Box 29482**<br>**Phoenix, AZ 85038** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Credit Card__ | |
| | **Last 4 digits of account number** __2967__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$500.00** |
|------|------|------|------|
| | **Wells Fargo**<br>**PO Box 5511**<br>**Sioux Falls, SD 57117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Credit Card__ | |
| | **Last 4 digits of account number** __5922__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **B&B Corporate Rentals, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,330.00** |
|---|---|---|---|
| | **Wesley Woo** | ☐ Contingent | |
| | **1428 Hacceinda Drive** | ☐ Unliquidated | |
| | **La Canada Flintridge, CA 91011** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Rent__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Can & Daniels**<br>**4902 Eisenhower Blvd**<br>**Tampa, FL 33634** | Line  __3.31__<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.   Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 141,000.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,463,085.03 |
| **5c. Total of Parts 1 and 2**<br>     Lines 5a + 5b = 5c. | 5c. | $ | 1,604,085.03 |

| Fill in this information to identify the case: |
|---|

Debtor name    **B&B Corporate Rentals, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **Sub-lease 09/20/2023-09/19/2024. $3640 monthly.** | |
| State the term remaining | | |
| List the contract number of any government contract | | **Amy Dai Yimin 1 Blue Dun Court Sacramento, CA 95831-4308** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest | **Sub-lease 08/16/2023-08/16/2024. $13500 monthly.** | |
| State the term remaining | | |
| List the contract number of any government contract | | **CBIP Vacations LLC 1819 S. Kihei Road #D108 Kihei, HI 96753** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest | **Sub-lease 10/06/2023-06/28/2024. Tenant pays $4000 monthly.** | |
| State the term remaining | | |
| List the contract number of any government contract | | **Chesapeak Bay Leasing 6110 Ridgeview Avenue Baltimore, MD 21206** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest | **Sub-lease 09/12/2023-09/13/2024. Tenant pays $3175 monthly.** | |
| State the term remaining | | |
| List the contract number of any government contract | | **FMZ Investments LLC 390 East Washington Avenue Sunnyvale, CA 94086** |

6/11/24 11:33PM

Debtor 1    **B&B Corporate Rentals, LLC**                                    Case number (*if known*) _____
_____    _____    _____
First Name    Middle Name    Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **Sub-lease 09/20/2023-09/19/2024. Tenant pays $3950 monthly.** <br><br> **Harjeet Singh Tiwana** <br>**5323 W Garfland Avenue** <br>**Fresno, CA 93722** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **Sub-lease 08/31/2023-08/30/2024. Tenant pays $2310 monthly.** <br><br> **Keystone Real Estate Services** <br>**8848 N. State Road 59** <br>**Milton, WI 53563** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **Sub-lease 09/28/2023-06/28/2024. Tenant pays $2000 monthly** <br><br> **Marty McBride** <br>**5116 Herman Avenue** <br>**Cleveland, OH 44102** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **Sub-lease 02/15/2024-07/31/2024. Tenant pays $2000 monthly.** <br><br> **Mo Hafiz** <br>**2230 South 308 Street** <br>**Federal Way, WA 98003** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **Sub-lease 09/28/2023-06/28/2024. Tenant pays $4400 monthly** <br><br> **Molly McBride** <br>**735 Hunt Club Way** <br>**Avon Lake, OH 44012** |

Debtor 1  **B&B Corporate Rentals, LLC**

First Name ___ Middle Name ___ Last Name ___     Case number (*if known*) ___

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.10.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Sub-lease 08/30/2023-08/29/2024. Tenant pays $3465 monthly.**

**Natalie Razumouski**
**1045 Manorwood Court**
**Atlanta, GA 30328**

**2.11.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Sub-lease 05/01/2024-08/01/2024.Tenant pays $2400 monthly.**

**Remax of Pueblo**
**511 West 29th Street**
**Suite A**
**Pueblo, CO 81008**

**2.12.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Sub-lease 12/21/2023-07/31/2024. Tenant pays $3200 monthly.**

**Sukhjit Singh**
**1223 Hermosa Drive**
**Troy, OH 45373**

**2.13.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Sub-lease month to month. Tenant pays $4250**

**Sunny Taleb**
**2242 Morgan Lane**
**Dunn Loring, VA 22027**

**2.14.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Sub-lease 12/20/2023-07/31/2024. Tenant pays $3095 monthly.**

**Vanket Pentyla**
**21607 SE 2nd Place**
**Sammamish, WA 98074**

| Debtor 1 | **B&B Corporate Rentals, LLC** | | | Case number (*if known*) | |
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Sub-lease 11/23/2023-05/31/2025. Tenant pays $7805 monthly.** | |
| | State the term remaining | | |
| | | | **Wesley Woo** |
| | List the contract number of any government contract | | **1428 Hacceinda Drive** |
| | | | **La Canada Flintridge, CA 91011** |

**Fill in this information to identify the case:**

Debtor name    **B&B Corporate Rentals, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Body Berbick** | **40321 Beacon Hill Drive Leesburg, VA 20176** | **Bank of America** | ☐ D _____ ■ E/F __3.9__ ☐ G _____ |
| 2.2 | **Body Berbick** | **40321 Beacon Hill Drive Leesburg, VA 20176** | **Bank of America** | ☐ D _____ ■ E/F __3.10__ ☐ G _____ |
| 2.3 | **Boyd Berbick** | **40321 Beacon Hill Drive Leesburg, VA 20176** | **Fundamental Capital (Gonexi)** | ☐ D _____ ■ E/F __3.25__ ☐ G _____ |
| 2.4 | **Boyd Berbick** | **40321 Beacon Hill Drive Leesburg, VA 20176** | **GM Financial** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.5 | **Boyd Berbick** | **40321 Beacon Hill Drive Leesburg, VA 20176** | **Jett Funding** | ☐ D _____ ■ E/F __3.31__ ☐ G _____ |

| Debtor | **B&B Corporate Rentals, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

| ■ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Boyd Berbick** | **40321 Beacon Hill Drive**<br>**Leesburg, VA 20176** | **Novus Capital**<br>**Funding II LLC** | ☐ D _____<br>■ E/F __3.48__<br>☐ G _____ |
| 2.7 | **Boyd Berbick** | **40321 Beacon Hill Drive**<br>**Leesburg, VA 20176** | **Rapid Finance** | ☐ D _____<br>■ E/F __3.52__<br>☐ G _____ |
| 2.8 | **Boyd Berbick** | **40321 Beacon Hill Drive**<br>**Leesburg, VA 20176** | **Toro** | ☐ D _____<br>■ E/F __3.60__<br>☐ G _____ |
| 2.9 | **Boyd Berbick** | **40321 Beacon Hill Drive**<br>**Leesburg, VA 20176** | **Wells Fargo** | ☐ D _____<br>■ E/F __3.64__<br>☐ G _____ |
| 2.10 | **Boyd Berbick** | **40321 Beacon Hill Drive**<br>**Leesburg, VA 20176** | **Wells Fargo** | ☐ D _____<br>■ E/F __3.65__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **B&B Corporate Rentals, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$80,000.00** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$95,000.00** |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$0.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Debtor | **B&B Corporate Rentals, LLC** | | Case number *(if known)* | |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Bank of America**<br>**PO Box 66441**<br>**Dallas, TX 75266** | **06/2024** | **$298.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  <u>Credit Card</u> |
| 3.2. **Bank of America**<br>**PO Box 66441**<br>**Dallas, TX 75266** | **06/2024** | **$203.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  <u>Credit Card</u> |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Canon Advance LLC vs. B&B Corporate Rentals LLC** | **Civil Judgment** | **Stamford Superior Judicial District Cour**<br>**123 Hoyt Street**<br>**Stamford, CT 06905** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **B&B Corporate Rentals, LLC** | | Case number *(if known)* | |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **State of New York vs. B&B Corporate Rentals LLC**<br>L-051176350-9 | **State Tax Warrant** | **Albany County Court**<br>**6 Lodge Street, Room 113**<br>**Albany, NY 12207** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Leesburg Village vs. B&B Corporate Rentals LLC**<br>GV23001671-02 | **Lawsuit** | **Loudoun County**<br>**18 E. Market Street**<br>**Leesburg, VA 20176** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.4. | **Joseph Monica vs. B&B Corporate Rentals LLC**<br>235CO5059C | **Lawsuit** | **San Diego County Small Claims Court**<br>**330 W Broadway 2nd Floor**<br>**San Diego, CA 92101** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Lisa Wright vs. B&B Corporate Rentals LLC**<br>816942/20211 | **Lawsuit** | **Albany County Court**<br>**6 Lodge Street, Room 113**<br>**Albany, NY 12207** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Frank Veneroso vs. B&B Corporate Rentals LLC**<br>470-2023-SC-0058 | **Lawsuit** | **Rockingham County 10th Circuit Court**<br>**111 Parrot Avenue**<br>**Portsmouth, NH 03801** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **AJM Development LLC vs. B&B Corporate Rentals LLC**<br>CL00112251-00 | **Judgment** | **Loudoun County Circuit Court**<br>**18 E. Market Street**<br>**Leesburg, VA 20176** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

| Debtor | **B&B Corporate Rentals, LLC** | Case number *(if known)* |
|---|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Richard Hall** <br> **601 King Street** <br> **Suite 301** <br> **Alexandria, VA 22314** | **Attorney Fees** | **05/14/2024** | **$2,200.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Richard Hall** <br> **601 King Street** <br> **Suite 301** <br> **Alexandria, VA 22314** | **Attorney Fees** | **05/31/2024** | **$2,650.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Debtor | **B&B Corporate Rentals, LLC** | Case number *(if known)* | |
|---|---|---|---|

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **1602 Village Market Blvd SE Leesburg, VA 20175** | **2022-04/2023** |

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wells Fargo 701 E Market Street Leesburg, VA 20176** | **XXXX-6555** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | **02/25/24** | **Unknown** |
| 18.2. | **Wells Fargo 701 E Market Street Leesburg, VA 20176** | **XXXX-7463** | ☐ Checking ■ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | **02/25/2024** | **Unknown** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | **B&B Corporate Rentals, LLC** | Case number *(if known)* | |
|---|---|---|---|

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

| Debtor | **B&B Corporate Rentals, LLC** | Case number *(if known)* | |

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
| --- | --- | --- |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service
From-To |
| --- | --- |
| 26a.1. | **Unison Globus**
5301 NW 100th Ave
Pompano Beach, FL 33076 | **06/2023-Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |
| 26d.1. | **Fundamental Capital (Gonexi)**
20803 Biscayne Blvd, Suite 300
Miami, FL 33180 |
| 26d.2. | **Toro**
5965 South 900 East
Suite 300
Salt Lake City, UT 84121 |
| 26d.3. | **Novus Capital Funding** |
| 26d.4. | **Rapid Finance**
4500 East West Highway
6th Floor
Bethesda, MD 20814 |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Debtor | **B&B Corporate Rentals, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ☒ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☒ No
- ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☒ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☒ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **June 11, 2024**

**/s/ Boyd Berbick**                                    **Boyd Berbick**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

## United States Bankruptcy Court
### Eastern District of Virginia

In re   **B&B Corporate Rentals, LLC**                                         Case No. _____
                                            _____
                                            Debtor(s)                          Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................   $        **4,850.00**

   Prior to the filing of this statement I have received ..............................   $        **4,850.00**

   Balance Due ..............................................................................................   $             **0.00**

2.   The source of the compensation paid to me was:

   ■ Debtor        ☐ Other *(specify)*

3.   The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other *(specify)*

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   Other provisions as needed:
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding. All other matters, such as adversary action, shall be billed at the rate of $400 per hour.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 11, 2024**                                      **/s/ Richard G. Hall Esq.**
_____                                _____
*Date*                                                 **Richard G. Hall Esq.**
                                                       *Signature of Attorney*

                                                       **Richard G. Hall**
                                                       _____
                                                       *Name of Law Firm*
                                                       **601 King Street**
                                                       **Suite 301**
                                                       **Alexandria, VA 22314**
                                                       **703-256-7159   Fax: 703-941-0262**

Adetunji Fayomi
93 Sierra Drive
Pittsburgh, PA 15239

Air DNA
1321 15th Street
Denver, CO 80202

AJM Development LLC
c/o Chesapeak Law Group PLC
9300 W Courthouse Rd, Ste 303
Manassas, VA 20110

American Coradius Internationa
2420 Sweet Home Road
Suite 150
Buffalo, NY 14228

Amy Dai Yimin
1 Blue Dun Court
Sacramento, CA 95831-4308

Ann Cherepov
450 Schemmel Lane
Silverton, OR 97381

Audrey Vincenzi
726 Oak Drive
Jefferson, WI 53549

Avista Utilities
PO Box 3727
Spokane, WA 99220

Bank of America
PO Box 66441
Dallas, TX 75266

Body Berbick
40321 Beacon Hill Drive
Leesburg, VA 20176

Boyd Berbick
40321 Beacon Hill Drive
Leesburg, VA 20176

Brook Furniture
400 S. Freemont Street
Matthews, NC 28105


Caine & Weiner
12005 Ford Road
Suite 300
Dallas, TX 75234


Can & Daniels
4902 Eisenhower Blvd
Tampa, FL 33634


CBIP Vacations LLC
1819 S. Kihei Road #D108
Kihei, HI 96753


Chesapeak Bay Leasing
6110 Ridgeview Avenue
Baltimore, MD 21206


Ciara T. O'Brien
8 Sunset Lane
Hingham, MA 02043


City View Apartments
1420 Centre Avenue
Pittsburgh, PA 15219


Columbia Debt Recovery LLC
d/b/a Genesis
PO Box 3630
Everett, WA 98213-8630


Cort Furniture
9900 Princeton Glendale Road
Suite 109
Cincinnati, OH 45246


Cotel
5090 RFichmond Avenue
Suite 498
Houston, TX 77056

Dorothy Pettigrew
PO Box 310035
Houston, TX 77231


Ernestine Wiggins
3420 Er Street
Tacoma, WA 98404


Fides Pacia
223 Cheney Street
San Francisco, CA 94131


FMZ Investments LLC
390 East Washington Avenue
Sunnyvale, CA 94086


Frank Veneroso
53 Austin Street
Portsmouth, NH 03801


Fundamental Capital (Gonexi)
20803 Biscayne Blvd, Suite 300
Miami, FL 33180


GM Financial
PO Box 18593
Arlington, TX 76096


Greystar
PO Box 2706
Lynnwood, WA 98036


Harjeet Singh Tiwana
5323 W Garfland Avenue
Fresno, CA 93722


Hello Lending
17 20th Street North
Suite 315
Birmingham, AL 35203


I.C. System Inc
PO Box 64378
Saint Paul, MN 55164

Internal Revenue Service
PO Box 806532
Cincinnati, OH 45280-6532


Jessica Carillo
11 Rio Viale Court
Sacramento, CA 95831


Jett Funding
42 West Street
Brooklyn, NY 11222


Jinny Yang
10810 N. Tatum Blvd
#102-222
Phoenix, AZ 85028


Joseph Manuel
8345 NW 66th Street #8758
Miami, FL 33166


Keystone Real Estate Services
8848 N. State Road 59
Milton, WI 53563


Marco A. Marquina
47767 Scotsborough Square
Sterling, VA 20165


Mark A. Thiel
3439 Brookside Road
Stockton, CA 95219


Marty McBride
5116 Herman Avenue
Cleveland, OH 44102


Mary Ruddy
17676 Eclipse Street
Broomfield, CO 80023


Mo Hafiz
2230 South 308 Street
Federal Way, WA 98003

Molly McBride
735 Hunt Club Way
Avon Lake, OH 44012


My Peaceful Stay
1271 Holly Street NW
Atlanta, GA 30318


Natalie Razumouski
1045 Manorwood Court
Atlanta, GA 30328


Natesha Kodancha
4723 Alminar Avenue
Altadena, CA 91001


NCS
6644 Valjean Avenue
Suite 100
Van Nuys, CA 91406


Nima Sassouria
6240 Whisett Avenue
Apt 201
North Hollywood, CA 91606


Novus Capital Funding II LLC
7 Elmwood Drive, Suite 301
New City, NY 10956


Penn Credit Corporation
2800 Commerce Drive
Harrisburg, PA 17110


Preferred Corporate Housing
9119 Katy Freeway
Houston, TX 77024


Quickbooks
250 E. Eagles Gate Drive
Eagle, ID 83616

Rapid Finance
4500 East West Highway
6th Floor
Bethesda, MD 20814


Remax of Pueblo
511 West 29th Street
Suite A
Pueblo, CO 81008


Rent Recovery Solution LLC
1945 The Exchange SE
Suite 120
Atlanta, GA 30339


Robert Wood & Jessica Wood
3312 E G Street, Apt A
Tacoma, WA 98404


Serva
One Parkview Plaza Oakbrook Te
Villa Park, IL 60181


Sukhjit Singh
1223 Hermosa Drive
Troy, OH 45373


Sunny Taleb
2242 Morgan Lane
Dunn Loring, VA 22027


THD
3308 Preston Road
Suite 350-341
Plano, TX 75093


Toro
5965 South 900 East
Suite 300
Salt Lake City, UT 84121


TPS Housing
10810 N. Tatum Blvd
#102-222
Phoenix, AZ 85028

Vanket Pentyla
21607 SE 2nd Place
Sammamish, WA 98074


Weiner Real Estate
4100 Monroeville Blvd
Monroeville, PA 15146


Wells Fargo
PO Box 29482
Phoenix, AZ 85038


Wells Fargo
PO Box 5511
Sioux Falls, SD 57117


Wesley Woo
1428 Hacceinda Drive
La Canada Flintridge, CA 91011

# United States Bankruptcy Court
## Eastern District of Virginia

In re    **B&B Corporate Rentals, LLC**

Debtor(s)

Case No.

Chapter    **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **B&B Corporate Rentals, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 11, 2024**

Date

**/s/ Richard G. Hall Esq.**

**Richard G. Hall Esq.**

Signature of Attorney or Litigant

Counsel for    **B&B Corporate Rentals, LLC**

**Richard G. Hall**
**601 King Street**
**Suite 301**
**Alexandria, VA 22314**
**703-256-7159 Fax:703-941-0262**
**Richard.Hall33@verizon.net**